UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

01-2402 MJD

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD)

This Document Relates to All Actions

Pretrial Order No. 2

---

It is the Court's intent to appoint Plaintiffs' Liaison Counsel and Lead Counsel and/or a Plaintiffs' Steering Committee. Applications /nominations for these positions must be filed as an original and one copy with the Clerk's Office on or before January 31, 2002. If Counsel already submitted an application prior to this Order, it is not necessary to file additional papers. The Court will only consider attorneys who have filed a civil action in this litigation.

The main criteria for these positions are: 1)willingness and availability to commit to a time consuming project; 2) ability to work cooperatively with others; and 3) professional experience in this type of litigation.

Counsel interested in the Liaison and/or Lead Counsel positions shall appear before the Court on Friday, February 1, 2002 at 10:00 a.m.

Date: Jan 24, 02

Michael J. Davis
Michael J. Davis
United States District Court

FILED JAN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________